UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:11CR406 HEA |
| BRIDGET CORBETT, | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing set in this matter for June 25, 2012, is reset to Tuesday, May 1, 2012, at 12:00 p.m. in the courtroom of the undersigned.

Dated this 26th day of April, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE